UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED, a Delaware corporation,<br><br>Defendant. | No.<br><br>COMPLAINT TO COLLECT TRUST FUNDS |

I.

Plaintiff, Northwest Administrators, Inc., is an organization incorporated under the laws of the State of Washington, with its principal place of business in King County, and is the authorized administrative agency for and the assignee of the Western Conference of Teamsters Pension Trust Fund (hereinafter "Trust").

II.

The Western Conference of Teamsters Pension Trust Fund is an unincorporated association operating as a Trust Fund pursuant to Section 302 of the Labor Management Relations Act of 1947, as amended, to provide retirement benefits to eligible participants.

COMPLAINT TO COLLECT FUNDS - 1

III.

This Court has jurisdiction over the subject matter of this action under Section 502(e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132(e)(1) and (f) and under §301(a) of the Taft-Hartley Act, 29 U.S.C. §185(a).

IV.

Venue is proper in this District under Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), because the Plaintiff Trust Fund is administered in this District.

V.

Defendant is a Delaware corporation.

VI.

Defendant is bound to a collective bargaining agreement with Local 952 of the International Brotherhood of Teamsters, (hereinafter "Local"), under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trust at specific rates for each hour of compensation (including vacations, holidays, overtime and sick leave) the Defendant pays to its employees who are members of the bargaining unit represented by the Local. Such bargaining unit members are any of the Defendant's part-time or full-time employees who perform any work task covered by the Defendant's collective bargaining agreements with the Local, whether or not those employees ever actually join the Local.

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

VII.

Defendant accepted the Plaintiff's Trust Agreement and Declaration and agreed to pay liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions due to the Trust, together with interest accruing upon such delinquent contributions at varying annual rates from the first day of delinquency until fully paid, as well as attorney's fees and costs the Trust incurs in connection with the Defendant's unpaid obligations.

VIII.

Defendant submitted its remittance reports for Account No. 213157 for the period April 1, 2021 through February 28, 2023, but failed to pay all contributions owed for those months. The shortage in contributions results from a rate increase effective April 1, 2021 to $2.20 for the months of April 1, 2021 through February 28, 2023, resulting in unpaid contributions due of $5,773.95.

IX.

Defendant submitted its remittance reports for Account No. 213159 for the period April 1, 2021 through February 28, 2023, but failed to pay all contributions owed for those months. The shortage in contributions results from a rate increase effective April 1, 2021 to $2.20 for the months of April 1, 2021 through February 28, 2023, resulting in unpaid contributions due of $5,956.67.

COMPLAINT TO COLLECT FUNDS - 3

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

X.

Based upon Defendant's unpaid contributions for the period April 1, 2021 through February 28, 2023, for Account Nos. 213157 and 213159, Defendant is further obligated for liquidated damages in the amount of $2,346.12, as well as interest accruing and attorney's fees and costs.

WHEREFORE, the Plaintiff prays to the Court as follows:

    A.    All delinquent contributions due to the Trust;

    B.    All liquidated damages and pre-judgment interest due to the Trust;

    C.    All attorney's fees and costs incurred by the Trust in connection with the Defendant's unpaid obligation; and

    D.    Such other and further relief as the Court may deem just and equitable.

DATED this 5th day of October 2023.

Respectfully submitted,

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

COMPLAINT TO COLLECT FUNDS - 4

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925